FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA
2011 NOV 10 AM 9: 04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:111MJ3053 |
| Plaintiff, | ) | |
| -vs- | ) | **ORDER** |
| JEREMY TYRELL GULLY, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Michael Khalili, as a Criminal Justice Act Training Panel Member, to assist in the defense of Jeremy Tyrell Gully.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Michael Khalili is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Michael Khalili shall not be eligible to receive compensation for his services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, Jeremy Tyrell Gully.

Dated: November 10, 2011

BY THE COURT:

_____
United States Magistrate Judge